JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR19-155RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| TIMOTHY GOFF, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Unopposed Motion for Early Termination of Supervised Release and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Goff's supervised release is warranted by the conduct of Mr. Goff and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Goff shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 7th day of August, 2020.

_ROBERT S. LASNIK_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Timothy Goff*; CR19-155RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Timothy Goff
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Timothy Goff*; CR19-155RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**